SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:09-cv-03175-WBS-GGH** |
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL JANUARY 15, 2010 FOR DEFENDANTS CENTRO MART, INC. INDIVIDUALLY AND D/B/A CENTRO MART; UNITED CENTRO PROPERTIES TO RESPOND TO COMPLAINT |
| vs. | |
| Centro Mart, Inc. et al, | |
| Defendants | |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Centro Mart, Inc. Individually and d/b/a Centro Mart; United Centro Properties, by and through their respective attorneys of record, Scott N. Johnson; Bradford J. Dozier, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.

2. Defendants Centro Mart, Inc. Individually and d/b/a Centro Mart; United Centro Properties are granted an extension until January 15, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Centro Mart, Inc. Individually and d/b/a Centro Mart; United Centro Properties response will be due no later than January 15, 2010.

IT IS SO STIPULATED effective as of December 29, 2009

Dated:  December 31, 2009                /s/Bradford J. Dozier___
                                         Bradford J. Dozier,
                                         Attorney for Defendants
                                         Centro Mart, Inc.
                                         Individually and d/b/a
                                         Centro Mart; United
                                         Centro Properties

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

Dated:   December 29, 2009              /s/Scott N. Johnson _____

                                        Scott N. Johnson,

                                        Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendants Centro Mart, Inc. Individually and d/b/a Centro Mart; United Centro Properties shall have until January 15, 2010 to respond to complaint.

Dated: January 13, 2009

                         *[signature]*
                         WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE