SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Centro Mart, Inc., et al,<br><br><br><br>　　　　Defendants | Case No.: CIV.S 09-cv-03175-WBS-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF SHERMAN FONG; YAN D. FONG AND ORDER**<br><br>Complaint Filed:  NOVEMBER 16, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Sherman Fong; Yan D. Fong) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendants (Sherman Fong; Yan D. Fong) are dismissed because Plaintiff is unable to achieve proper service on these Defendants.

Dated: March 30, 2010　　　　　　　　　　　　　/s/Scott N. Johnson_____
　　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
　　　　　　　　　　　　　　　　　　　CIV: S-09-03175-WBS-GGH

1 **IT IS SO ORDERED**.

Dated:      March 31, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE